IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

COREY TURNER                                                                                    PLAINTIFF

v.                                         Civil No. 6:18-cv-6068

SHERIFF JASON WATSON, *et al.*                                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 21, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 71). Judge Bryant recommends that the Court grant Defendants' motion for summary judgment (ECF No. 62), deny Plaintiff's motion for summary judgment (ECF No. 42), and dismiss this case with prejudice.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court sees no clear error on the face of the record that requires deviation from Judge Bryant's recommendation. *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Therefore, the Court adopts the Report and Recommendation (ECF No. 71) *in toto*. Plaintiff's motion for summary judgment (ECF No. 42) is hereby **DENIED**. Defendants' motion for summary judgment (ECF No. 62) is hereby **GRANTED**. Accordingly, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of February, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge